UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WANDA STEWART | * | CIVIL ACTION NO. 2:17-CV-1122 |
| | * | SECTION P |
| VERSUS | * | |
| | * | JUDGE ROBERT G. JAMES |
| SEARS, ROEBUCK & CO. | * | |
| | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation, [Doc. No. 27], of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Dismiss, [Doc. No. 18], is **GRANTED**, and the plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Monroe, Louisiana, this 4th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE